Submitted on record and briefs June 14, reversed and
remanded for a new trial August 11, 1982

STATE OF OREGON,
*Respondent,*

*v.*

WILBUR PERCY SPANGENBERG,
*Appellant.*

(Nos. 12970 & 14053, CA A23463 & A23464)
(Cases consolidated)

648 P2d 1362

Gary R. Luisi, Hermiston, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor Geneal, and Stephen F. Peifer, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant appeals his convictions for violation of ORS 481.305 and 481.990(1) after trial to the court. He contends the court erred in holding a trial without a jury because he did not waive his right to a jury trial as required by Oregon Constitution, Article I, section 11 and ORS 136.001. The state concedes error. We agree.

Reversed and remanded for a new trial.